UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**<br><br>        Movant,<br><br>    v.<br><br>**UNITED STATES HISPANIC CHAMBER OF COMMERCE FOUNDATION,**<br><br>        Non-Movant. | **Miscellaneous Action 08-00076 (HHK) (JMF)** |
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**<br><br>        Movant,<br><br>    v.<br><br>**UNITED STATES HISPANIC CHAMBER OF COMMERCE FOUNDATION,**<br><br>        Non-Movant. | **Miscellaneous Action 08-00077 (HHK) (JMF)** |
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**<br><br>        Movant,<br><br>    v.<br><br>**UNITED STATES HISPANIC CHAMBER OF COMMERCE FOUNDATION,**<br><br>        Non-Movant. | **Miscellaneous Action 08-00078 (HHK) (JMF)** |

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**<br><br>　　　　　Movant,<br><br>　　　　v.<br><br>**UNITED STATES HISPANIC CHAMBER OF COMMERCE FOUNDATION,**<br><br>　　　　　Non-Movant. | Miscellaneous Action 08-00079 (HHK) (JMF) |

### ORDER OF REFERENCE TO UNITED STATES
### MAGISTRATE JUDGE JOHN M. FACCIOLA

　　It is this 17th day of March 2008, hereby

　　**ORDERED** that movant's motion entitled MOTION TO QUASH TRIAL TESTIMONY SUBPOENA DUCES TECUM, docketed February 14, 2008 in each of the above captioned cases, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2 (a). Henceforth, and until this referral is terminated, ALL filings in these cases shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge. See LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge